**UNITED STATES of America,**
**Appellant,**
v.
**Pete OLSON et al.**
**No. 15404.**

United States Court of Appeals
Eighth Circuit.
March 21, 1956.

■

Clinton G. Richards, U. S. Atty., Sioux Falls, S. D., Perry W. Morton, Asst. Atty. Gen., and Roger P. Marquis, Chief, Appellate Section, Lands Division, U. S. Department of Justice, Washington, D. C., for appellant.

M. Q. Sharpe, Kennebec, S. D., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

■

**UNITED STATES of America,**
**Appellant,**
v.
**Clarence LINDLEY et al.**
**No. 15406.**

United States Court of Appeals
Eighth Circuit.
March 21, 1956.

■

Clinton G. Richards, U. S. Atty., Sioux Falls, S. D., Perry W. Morton, Asst. Atty. Gen., and Roger P. Marquis, Chief, Appellate Section, Lands Division, U. S.
Department of Justice, Washington, D. C., for appellant.

M. Q. Sharpe, Kennebec, S. D., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

■

**T. Lamar CAUDLE, Petitioner,**
v.
**Rubey M. HULEN, United States District**
**Judge for the Eastern District**
**of Missouri.**
**No. 15538.**

United States Court of Appeals
Eighth Circuit.
March 17, 1956.

Charles J. Margiotti, Pittsburgh, Pa., C. Arthur Anderson, John J. Hooker, Nashville, Tenn., and W. M. Nicholson, Charlotte, N. C., for petitioner.

Harry Richards, U. S. Atty., St. Louis, Mo., Wyllys S. Newcomb, Sp. Asst. to Atty. Gen., John B. Buckley, Jr., Sp. Atty., Department of Justice, and Albert M. Christopher, Atty., Department of Justice, Washington, D. C., for respondent.

PER CURIAM.

Petition of petitioner for writ of mandamus denied, without prejudice to right of trial court, on its own motion or on motion of the parties, to reconsider the question of transfer at any time before trial should any such change of circumstances develop in the situation as to make it appear to the trial court to be desirable and in the interest of justice to order such transfer.